IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH PAGAN,<br>    Plaintiff<br><br> vs.<br><br>M.J. MATTHEWS, Hearing Examiner;<br>PAMELA K. TEETER, C/O IV Captain-<br>P.R.C.; RICHARD NILLES, DATSS-<br>P.R.C.; MARK KRYSEVIG, Deputy<br>Warden (SCIP)-D.O.C.-P.R.C.; PHILLIP<br>JOHNSON, Warden (SCIP),-D.O.C.;<br>ROBERT S. BITNER, Chief Hearing<br>Examiner-D.O.C. (PA.),<br>    Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 04-1229<br>) Judge Donetta W. Ambrose/<br>) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Re: Doc. #16 |

AND NOW, this _19th_ day of _Dec._, 2005, after the plaintiff, Kenneth Pagan, filed an action in the above-captioned case, and after a Motion to Dismiss was submitted by defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, upon consideration of the objections filed by plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

  IT IS ORDERED that defendants' Motion to Dismiss is GRANTED.

  IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                _/s/ Donetta W. Ambrose_
                DONETTA W. AMBROSE
                Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Kenneth Pagan
CF-5433
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Kemal Alexander Mericli
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219